PROB 12B
(7/93)

Report Date: December 5, 2008

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 0 8 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Randy Eugene Langford     Case Number: 2:04CR06018-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea

Date of Original Sentence: 11/4/2005            Type of Supervision: Supervised Release

Original Offense: Possession of a Firearm by     Date Supervision Commenced: 11/21/2007
Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 26 Months; TSR - 24   Date Supervision Expires: 11/20/2009
Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

18    You shall complete 40 hours of community service work, at the rate of not less than 8 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed no later than 6/30/2009.

## CAUSE

Mr. Langford relapsed and used methamphetamine on three separate occasions in September 2008. He admitted his use to this officer and to his chemical dependency counselor at First Steps Community Counseling Services. Mr. Langford's treatment services were increased and he has been compliant with his treatment attendance. He also has continued submitting to random drug testing, all of which have since been negative. Mr. Langford continues to be employed at Pallet Services in Pasco, Washington. He has had this job since he was in the Franklin County Residential Reentry Center. The defendant knows if he continues down the path of illegal drug use, he will lose all that he has worked to obtain. He has been advised that further noncompliance will bring him before the Court. Despite this relapse, Mr. Langford maintains his compliance with all of his other conditions. He has agreed to complete community service hours as a consequence for his violation behavior.

At this time, this officer believes Mr. Langford is a more productive member of society if he completes community service hours, while still maintaining his employment, his housing, and his active participation in treatment. Attached to this petition is a modification order, signed by the defendant, in which he agrees to complete the community service hours on or before June 30, 2009.

Prob 12B
Re: Langford, Randy Eugene
December 5, 2008
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 5, 2008

*SanJuanita B Coronado*
SanJuanita B Coronado
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

12/5/08
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

18    You shall complete 40 hours of community service work, at the rate of not less than 8 hours per month at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed no later than 6/30/2009.

Witness: _SanJuanita B Coronado_      Signed: _Randy Eugene Langford_
           SanJuanita B Coronado                    Randy Eugene Langford
           U.S. Probation Officer                   Probationer or Supervised Releasee

                                December 2, 2008
                                    Date